# United States District Court

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

MARVIN SMITH

CRIMINAL COMPLAINT

CASE NUMBER: 1:16-mj-0362

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On or about December 31, 2015, in Marion County, in the Southern District of Indiana, MARVIN SMITH did knowingly obstruct, delay, or affect commerce by robbery at the Kroger Pharmacy located at 680 Twin Aire Dr., Indianapolis, Indiana. In violation of Title 18, United States Code, Section 1951(a).

Count Two: On or about May 10, 2016, in Marion County, in the Southern District of Indiana, MARVIN SMITH did knowingly obstruct, delay, or affect commerce by robbery at the Kroger Pharmacy located at 7101 E. 10th St., Indianapolis, Indiana. In violation of Title 18, United States Code, Section 1951(a).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.

Special Agent Steven T. Secor, FBI

Sworn to before me, and subscribed in my presence

May 26, 2016
**Date**

at   Indianapolis, Indiana

Denise K. LaRue, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

## AFFIDAVIT FOR WARRANT FOR ARREST

I, STEVEN T. SECOR ["AFFIANT"], being duly sworn according to law, depose and state as follows:

1. I am and have been employed as a Special Agent with the Federal Bureau of Investigation ["FBI"] since September of 2003. Prior to that time, I spent 17 weeks training to be a Special Agent at the FBI Academy in Quantico, Virginia beginning on June 1, 2003. Through the FBI, I have received extensive training related to the investigation of federal crime to include violent crime, commercial robberies (to include pharmacies), firearms offenses and the use of firearms to commit armed robberies of commercial establishments (to include pharmacies). I am currently assigned to the FBI Violent Crimes Task Force ["VCTF"] in the Indianapolis Field Office of the FBI. In this assignment, I investigate all manner of violent crime, to include armed business robberies.

2. This affidavit is submitted in support of an application for a Warrant for Arrest of MARVIN ANTHONY SMITH ["SMITH"], black male, date of birth XX/XX/1985 and Social Security Account Number XXX-XX-7615 who is currently incarcerated at the Marion County (Indiana) Jail. Based on my training and experience, and based on the facts below, I believe that SMITH committed two robberies of pharmacies; both located inside Kroger grocery stores. The first was at 680 Twin Aire Drive, Indianapolis, Indiana on December 31, 2015 and the second was at 7101 east 10th Street, Indianapolis, Indiana on May 10, 2016.

Both robberies are alleged by your AFFIANT to be violations of Title 18 U.S.C., Section 1951(a), Interference with commerce by threats or violence.

3. The statements contained in this affidavit are based in part on information provided by, and conversations held with, Special Agents of the FBI; Task Force Officers ["TFOs"] assigned to the Indianapolis VCTF; detectives and patrol officers of the Indianapolis Metropolitan Police Department ["IMPD"]; witnesses; and on your AFFIANT's experience and background as a Special Agent of the FBI.

4. Your AFFIANT has not included each and every fact that has been revealed through the course of this investigation. Your AFFIANT has set forth only the facts that are believed to be necessary to establish the required foundation for this issuance of the requested Warrant for Arrest.

## BACKGROUND OF THE INVESTIGATION

5. On or about December 31, 2015, at about 3:00 p.m., IMPD Officer Matthew Coffing ["OFCR. COFFING"] was dispatched to the Kroger supermarket, 680 Twin Aire Dr., Indianapolis, Indiana on the report of an armed robbery of the pharmacy. OFCR. COFFING arrived at the Kroger and confirmed that the pharmacy had been robbed. IMPD Robbery Detective Sgt. Brent Hendricks ["SGT. HENDRICKS"] also responded to the Kroger. SGT. HENDRICKS spoke with the Pharmacist ["VICTIM 1"] and Pharmacy Technician ["VICTIM 2"]. The names and identifiers of both VICTIM 1 and VICTIM 2 are known to your AFFIANT. VICTIM 2 said the robbery suspect approached the pharmacy

counter and handed VICTIM 2 a computer printed note demanding various strengths of Oxycontin and Tussionex. VICTIM 2 took the note to VICTIM 1. The suspect lifted up his shirt and displayed a handgun that was tucked into his waistband. VICTIM 1 was told by the robber not to make any moves or he would be the first to die. VICTIM 1 complied with the robber's demands and placed multiple bottles of Oxycontin in a bag and gave the bag to the robber. The robber then fled the store on foot with no direction of travel or getaway vehicle identified by any witnesses. However, SGT. HENDRICKS reviewed the store surveillance video and noted the following. The robbery suspect is clearly visible in the video and can be seen leaving the front door of the Kroger and getting into a mid 2000s black four door Chrysler 300. The Chrysler 300 had a spoiler on the trunk lid, tinted windows, and chrome trim below the side windows. The video of the robbery was later submitted to the IMPD Forensic Video Unit and still images were obtained from the video. This robbery was documented under IMPD Case Number PD15150992.

6. VICTIM 1 and VICTIM 2 described the robber as a black male about thirty years old, 5'06" to 5'09" tall, with a medium build, and a mustache and goatee. The suspect was wearing a gray "Nike" hooded sweat shirt, green "Philadelphia Eagles" baseball hat and faded blue jeans.

7. The robber left the robbery demand note behind. This note has been retained by IMPD as evidence under the above-referenced case number. The text of the note reads as follows:

                    This is a ROBBERY.

OXYCODONE 30mg QTY 300

OXYCODONE 20mg

OXYCODONE 15mg

TUSSIONEX

I have a gun. Do not trip that silent alarm. Lets all make it to see 2016. We can all go home in one piece. I am so NOT PLAYING.

THANKS 4 YOUR COOPERATION

8. On or about January 9th, 2016 at about 9: 20 p.m., OFCR. COFFING spotted a black four door Chrysler 300 on the southeast side of Indianapolis. The Chrysler 300 had tinted windows, a spoiler on the trunk lid, and chrome trim below the side windows. OFCR. COFFING initiated a traffic stop on the Chrysler 300 based on excessive tint. The vehicle also matched the description of the Chrysler 300 in the December 31, 2015 Kroger pharmacy robbery. OFCR. COFFING stopped the vehicle in the 3100 block of English Ave. The driver of the vehicle was identified as SMITH. OFCR. COFFING noticed that SMITH had a mustache and goatee. A records check of the license plate on the Chrysler 300 (Indiana tag: 965MIX) revealed the registered owner of the 2006 Chrysler 300 was ASHLEY WHEELER ["WHEELER"]. OFCR. COFFING also conducted a check of SMITH's driver's license. SMITH's height and weight on his license was listed as 5'08" tall and 153 lbs. SMITH was issued a warning by OFCR. COFFING for the

excessive window tint. The information from the traffic stop was passed to the IMPD serial robbery unit for further investigation.

9. On or about May 10th, 2016, at about 2:45 p.m., IMPD OFFICER MARCUS WILSON ["OFCR. WILSON"] was dispatched to the Kroger supermarket, 7101 E. 10th St., Indianapolis, Indiana on the report of an armed robbery of the pharmacy. OFCR. WILSON arrived at the Kroger and confirmed that the pharmacy had been robbed. IMPD Robbery DETECTIVE DUSTIN KEEDY ["DET. KEEDY"] also responded to the Kroger.

10. DET. KEEDY spoke with the Pharmacist ["VICTIM 3"] and Pharmacy Technician ["VICTIM 4"]. The names and identifiers of VICTIM 3 and VICTIM 4 are known to your AFFIANT. VICTIM 4 said the robbery suspect approached the pharmacy counter and handed VICTIM 4 a computer printed note demanding various strengths of Oxycodone. VICTIM 4 took the note to VICTIM 3. VICTIM 3 complied with the robber's demands and placed multiple bottles of Oxycodone (10mg, 15mg, 20mg & 30mg bottles) in a bag and gave the bag to the robber. The robber fled the store on foot with approximately 1500 to 2000 pills.

11. VICTIM 3 and VICTIM 4 described the robber as a black male about twenty years old, 5'06" tall and 165 lbs. The robber was wearing a black hooded sweat shirt, maroon baseball hat with a colored logo on the face, and black pants.

12. The Kroger supermarket has a video surveillance system in the store. DET. KEEDY reviewed and obtained a copy of the surveillance video. The robbery suspect is clearly visible in the video and can be seen leaving the front door of

the Kroger and getting into a mid 2000 black four door Chrysler 300. The Chrysler had a spoiler on the trunk lid, tinted windows, and chrome trim below the side windows. The video of the robbery was later submitted to the IMPD Forensic Video Unit and still images were obtained from the video. This robbery was documented under IMPD Case Number PD16053474.

13. The robber left the robbery demand note behind. This note has been retained by IMPD as evidence under the above-referenced case number. The text of the note reads as follows:

ROBBERY.

Give me ALL Oxycodone 30mg, Oxycodone 20mg, & Oxycodone 15mg

Don't use the phone, don't hit that silent alarm and most importantly DON'T PLAY WITH ME. I SWEAR I HAVE A GUN. DON'T CALL MY BLUFF!!!!!!

14. On May 12th, 2016, at about 1:50 p.m., IMPD OFFICER JOHN PERKINS ["OFCR. PERKINS"] stopped a 2006 black Chrysler 300 (Indiana tag: 965MIX) in the 200 block of South Grant St. for a traffic violation. The driver of the vehicle was identified as SMITH. A records check revealed that SMITH's driving privileges were suspended and SMITH had a prior conviction for driving while his license was suspended. Smith was arrested by OFCR. PERKINS and the Chrysler 300 was towed from the scene of the stop to a police impound lot.

15. On or about May 16th, 2016, IMPD DETECTIVE PAUL BUCHMAN ["DET. BUCHMAN"] obtained an IMPD Booking photograph of SMITH from his arrest on May 12, 2016. SMITH has a mustache and goatee in the photograph. DET.

BUCHMAN compared the still images obtained from the Kroger robberies on December 31, 2015 and May 10, 2016 to the Booking Information photograph of SMITH. Based on this comparison, DET. BUCHMAN believed SMITH is the person that committed both pharmacy robberies.

16. On May 16th, 2016, at about 11:50 a.m., DET. BUCHMAN met with VICTIM 4 at the Kroger supermarket, 7101 E. 10th St., Indianapolis, Indiana. DET. BUCHMAN showed VICTIM 4 a photo array containing a photograph of SMITH and five (5) other similar looking individuals (IMPD Lineup ID 132709). VICTIM 4 was not able to positively identify anyone in the photo array as the person that committed the May 10th robbery. However, VICTIM 4 did say "Number 4 stands out more than anybody." SMITH's photograph was in position number 4 on the photo array shown to VICTIM 4.

17. During this interview, VICTIM 4 was asked for a description of the pills taken during the robbery. VICTIM 4 said the 10mg Oxycodone pills are pink in color, the 15 mg Oxycodone pills are green in color, the 20 mg Oxycodone pills are gray in color, and the 30 mg Oxycodone pills are blue in color.

18. On May 16th, 2016, at about 6:20 p.m., DET. BUCHMAN also met with VICTIM 3 at the Kroger supermarket, 7101 E. 10th St., Indianapolis, Indiana. VICTIM 3 was shown a photo array containing a photograph of SMITH (IMPD Lineup ID 132742). VICTIM 3 positively identified SMITH as the person who committed the May 10th robbery. SMITH's photograph was in position number 2 on that photo array.

19. A records check revealed that SMITH has prior convictions for two separate pharmacy robberies and a Burglary (Cause Numbers 49G05-0901-FC-014232, 49G05-0812-FC-271436 & 49G02-0607-FC-122235). On May 17th, 2016, DET. BUCHMAN spoke with SMITH's probation officer, ANDREW KERR ["PO KERR"]. PO KERR said that SMITH was currently living in the basement of the residence 207 S. Grant Ave., Indianapolis, with his girlfriend, WHEELER. 207 S. Grant Ave. is the home of Eugene and Loraine Lewis, WHEELER's grandparents. PO KERR said that he has confirmed that SMITH is in fact living at 207 S. Grant Ave. and makes visits to the residence at least once a month.

20. Law enforcement officers have been listening to the recorded calls made by SMITH from the Marion County Jail. SMITH has made in excess of forty calls since his arrest on May 12th, 2016. Smith has made numerous calls to "Ashley" (believed to be WHEELER). During the recorded conversations, SMITH and WHEELER both made reference to blue, green and gray "clothing" and the amount of the "clothing" that WHEELER still had. At one point, WHEELER said there were "too many to count". WHEELER also said she had been selling the "Jessica" and the "blue clothes" for $30.00 each. SMITH also told WHEELER that he had, up until the time of his arrest, been putting money on his two PLS Check Cashing cards and the two cards had in excess of $4,500.00 on them. Based upon the above statements made by both SMITH and WHEELER, your AFFIANT believes that SMITH and WHEELER were selling the Oxycodone pills taken in the robberies of the Kroger pharmacies.

21. SMITH was subsequently released from the Marion County Jail for his driving while suspended charge. However, elements from the IMPD serial robbery unit and the FBI VCTF continued to keep SMITH under surveillance for his suspected involvement in the two Kroger pharmacy robberies.

22. On May 19th, 2016, at about 11:50 a.m., law enforcement officers stopped a vehicle in the 300 block of S. Emerson Ave. SMITH was a passenger in the vehicle and taken into custody by IMPD on an "outright" arrest for having been identified by VICTIM 3 as the person who robbed the Kroger pharmacy.

23. During a search of SMITH incident to his arrest, IMPD Robbery Detective JEREMY INGRAM ["DET. INGRAM"], who is also an FBI TFO, found a clear plastic bag in SMITH's underwear. The plastic bag contained approximately one hundred (100) small blue pills. The pills were suspected to be a controlled substance (Oxycodone 30mg; a Schedule II controlled substance).

24. SMITH was transported to the IMPD Robbery Office. DET. INGRAM advised Smith of his rights under Miranda. SMITH signed an Advice of Rights form and agreed to speak with law enforcement. DET. INGRAM and IMPD Detective DAN CHERRY ["DET. CHERRY"] then conducted an audio and video recorded interview of SMITH.

25. SMITH was shown the still images of the robbery suspect from both Kroger Pharmacy robberies (680 Twin Aire Dr. & 7101 E. 10th St.). SMITH admitted that he was the person in the still images and said he committed both robberies. SMITH had independent knowledge of both robberies and discussed where he

parked the Chrysler 300 he drove as the getaway car during each robbery. SMITH also stated that he had an appointment with his probation officer soon after the second robbery. SMITH went to the appointment still wearing the same clothes he wore in the robbery. After the meeting, SMITH discarded the clothing in a trash receptacle outside the probation offices.

26. Smith admitted that the pills found in his underwear were obtained during the May 10th, 2016 Kroger robbery at 7101 E. 10th St. SMITH also said that he sold the remaining pills he obtained during both robberies and also ingested some of the pills for personal use.

27. Based on the above information, your Affiant has probable cause to believe that SMITH violated Title 18 U.S.C., Section 1951(a), by threatening violence while committing two Hobbs Act robberies of a business entity that sells goods produced and delivered to Indiana in interstate commerce.

FURTHER YOUR AFFIANT SAITH NOT

_____
Steven T. Secor
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me the 26th day of May, 2016.

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana