# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**

JUN 0 6 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

MARVIN SMITH
*Defendant*

)
)
)
)
)
)
)

Case No. 1:16-mj-0362

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Marvin Smith,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count One: On or about December 31, 2015, in Marion County, in the Southern District of Indiana, MARVIN SMITH did knowingly obstruct, delay, or affect commerce by robbery at the Kroger Pharmacy located at 680 Twin Aire Dr., Indianapolis, Indiana. In violation of Title 18, United States Code, Section 1951(a).

Count Two: On or about May 10, 2016, in Marion County, in the Southern District of Indiana, MARVIN SMITH did knowingly obstruct, delay, or affect commerce by robbery at the Kroger Pharmacy located at 7101 E. 10th St., Indianapolis, Indiana. In violation of Title 18, United States Code, Section 1951(a).

Date: 5/26/2016

*Issuing officer's signature*

City and state: Indianapolis, IN

Denise K. LaRue, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6-6-16, and the person was arrested on *(date)* 6-6-16
at *(city and state)* INDIANAPOLIS, IN.

Date: 6-6-16

*Arresting officer's signature*

STEVEN T. SECOR (SPECIAL AGENT)
*Printed name and title*